UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
17-CR-20627-MOORE

UNITED STATES OF AMERICA,

vs.

RODNEY MOSS,

    Defendant.
_____/

**REPORT AND RECOMMENDATION ON SUPERVISED RELEASE VIOLATION**

This cause has been referred to the undersigned to take all necessary and proper action as required with respect any violations of Supervised Release as to Defendant Rodney Moss (ECF Nos. 299, 304).

Upon referral from District Court Judge K. Michael Moore, the matter was set for status conference for the purpose of scheduling an evidentiary hearing on the violations (ECF No. 308). A telephone status conference was conducted on June 10, 2022, and was attended by counsel for the government, counsel for Mr. Moss, U.S. Probation Officer Dinia Jerome, and by Mr. Moss. Counsel for Mr. Moss explained his intention to admit the violations alleged in the Petition and appear before Judge Moore for a final revocation hearing. I questioned Defendant about his understanding that an evidentiary hearing could be set for the purpose of receiving evidence to establish probable cause to believe the violations occurred; and whether he had a sufficient opportunity to discuss his options with his attorney. Mr. Moss expressed to me that he understood and that he had had sufficient time with counsel. He expressed his intention to admit the violations, reiterated the absence of need for an evidentiary hearing, and requested a hearing

1

before Judge Moore.

Accordingly, it is the recommendation of the undersigned that the Court accept Defendant's admission of guilt and find him guilty of the three Supervised Release Violations as charged in the Petition (ECF No. 299).

The parties will have fourteen days from the date of service of this Report and Recommendation within which to file written objections, if any, for consideration by the United States District Judge. Failure to timely file objections will bar a *de novo* determination by the District Judge of anything in this recommendation and shall constitute a waiver of a party's "right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions." 11th Cir. R. 3-1 (2016); 28 U.S.C. § 636(b)(1)(C); *see also Harrigan v. Metro-Dade Police Dep't Station #4*, 977 F.3d 1185, 1191-92 (11th Cir. 2020).

RESPECTFULLY SUBMITTED in Chambers at Miami, Florida, this 13th day of June, 2022.

$\qquad$_____
LAUREN F. LOUIS
**UNITED STATES MAGISTRATE JUDGE**

cc:   The Honorable K. Michael Moore
      Counsel of record